IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

MT. HAWLEY INSURANCE COMPANY,

    Plaintiff

v.                                    Docket No.: 3-20-cv-0931

WHISKEY ROW NASHVILLE, LLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Come now the parties, by and through counsel of record, pursuant to Rule 41(a)(1)(A)(ii) and stipulate to dismissal of the above-styled matter without prejudice.

Respectfully submitted,

Rainey, Kizer, Reviere, Bell, PLC

/s/ Jonathan D. Stewart
BRADFORD D. BOX (#16596)
JONATHAN D. STEWART (#23039)
Attorneys for Plaintiff
209 East Main Street
P.O. Box 1147
Jackson, Tennessee 38302-1147
(731) 423-2414
bbox@raineykizer.com
jstewart@raineykizer.com


 s/ Michael Malone
MICHAEL MALONE (#31219)
Attorney for Defendant
401 Commerce Street, Suite 900
Nashville, TN 37219
(615) 259-1510
mmalone@polsinelli.com